# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

FRANCIS MCWILLIAMS,
Individually and on Behalf of All Others
Similarly Situated,

          Plaintiff(s),

v.

AETNA HEALTH OF IOWA, INC.,
and THE RAWLINGS COMPANY,
LLC,

          Defendant(s),

**CIVIL NUMBER:   4:24-cv-00193-SHL-WPK**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**:

Defendant's Motion to Dismiss is granted. Judgment is entered in favor of Defendants and against Plaintiff.

Date:  September 30, 2024

CLERK, U.S. DISTRICT COURT

/s/  M. Mast

By: Deputy Clerk